UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
KINGVISION PAY-PER-VIEW, LTD.,  CV 05-2394 (ERK)(VVP)

              Plaintiff,  ORDER TRANSFERRING ACTION

- against -

A LESSON IN DILIGENCE INC. d/b/a
Blue Ox Bar, and ARONNE BAIETTI,
Individually and as (an) officer(s),
director(s), and/or shareholder(s) of A
Lesson In Diligence Inc.,

              Defendant.
------------------------------------------------x



The Summons and Complaint in this action having been duly filed on May 18, 2005 in this Court, and the Summons and Complaint having not yet been served on any Defendant, and the proper venue for this action being the United State District Court for the Southern District of New York, and upon the motion of Plaintiff to transfer this action to the United State District Court for the Southern District of New York,

NOW, on motion of Richard A. Klass, Esq., attorney for Plaintiff, it is

ORDERED:

That this action is hereby transferred to the United State District Court for the Southern District of New York, and the Clerk of this Court is hereby ordered to so transfer this action pursuant to Local Rule 83.1.

Dated: Brooklyn, New York
7/7/05

                                                s/Edward R. Korman
                                                U.S.D.J.